## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

NORTHWEST CAPITAL BUSINESS )    CASE NO.: A 1 0 0 5 5 6 9
CREDIT, LLC, )
     7659 King's Pointe Road )    (JUDGE _____)
     Toledo, Ohio 43617, )
)
     **Plaintiff,** )    **COMPLAINT FOR DECLARATORY**
)    **JUDGMENT AND INTERPLEADER**
vs. )
)    **REQUEST FOR CERTIFIED MAIL**
PF HOLDINGS, INC., d/b/a RMJ )    **SERVICE**
CAPITAL, INC., )
     C/O Lawrence F. Peek )
     2910 Black Canyon Road )
     Colorado Springs, Colorado 80904, )
)
     and )
)
MEIS, LLC, d/b/a INCLUSIVE )
SOLUTIONS, )
     C/O James R. Bloom )
     1206 A East Second Street )
     Ottawa, Ohio 45875, )
)
     and )
)
HAMILTON COUNTY )
DEVELOPMENTAL DISABILITIES )
SERVICES, )
     C/O Cheryl Phipps, Superintendent )
     520 Madison Road )
     Cincinnati, Ohio 45206, )
)
     **Defendants.** )

ORIG. COMP, PARTIES, SUMMONS
( ) CERT MAIL (X) SHERIFF ( ) WAVE
( ) PROCESS SERVER ( ) NONE
CLERKS FEES _____
SECURITY FOR COST _____ TIC
DEPOSITED BY _____
FILING CODE _____

D88704043 INI

## COMPLAINT

Comes now plaintiff and for its complaint against defendants states:

1.    Plaintiff Northwest Capital Business Credit, LLC ("Northwest Capital") is an Ohio limited liability company doing business in Hamilton County.

2. Defendant PF Holdings, Inc., operating under the trade name of RMJ Capital, Inc., ("RMJ Capital"), is a Colorado corporation doing business in Hamilton County.

3. Defendant MEIS, LLC, operating under the trade name of Inclusive Solutions, ("Inclusive Solutions"), is an Ohio corporation doing business in Hamilton County.

4. Defendant Hamilton County Developmental Disabilities Services ("HCDDS") is a political subdivision of Hamilton County, Ohio.

5. The activities of the parties giving rise to the claims alleged herein occurred in Hamilton County, and the funds being held by HCDDS which are the subject matter of this action are located in Hamilton County.

6. Inclusive Solutions at all relevant times alleged herein has provided, and continues to provide, HCDDS with certain support services in Hamilton County under written contracts with HCDDS.

7. As of June 14, 2010, HCDDS owes $290,579.99 for unpaid invoices under the foregoing contracts per the itemized statement of account attached hereto and incorporated herein as Exhibit A, and the foregoing amount owed by HCDDS will continue to increase as Inclusive Solutions continues for perform its services and invoice HCDDS under the foregoing contracts, (collectively the "accounts receivable" or "funds").

8. HCDDS does not dispute owing the foregoing accounts receivable, but has advised the parties that it cannot make payment due to the competing claims to the funds by Northwest Capital and RMJ Capital.

9. Northwest Capital, as the primary commercial factor for Inclusive Solutions, has notified counsel for HCDDS by letter that it owns and holds a senior security interest in all of the foregoing accounts receivable under its collateral assignment from The Union Bank Company, and has directed HCDDS to direct payment of

2

the funds to it. Copies of the letter, the collateral assignment and Union Bank's September 7, 2006 UCC financing statement are attached hereto and incorporated herein as Exhibit B.

10. Northwest Capital as the owner and senior secured party is entitled to the accounts receivable.

11. RMJ Capital has no valid legal claim to the accounts receivable, but has nevertheless notified counsel for HCDDS by letter that it has a claim to the funds, and has directed HCDDS to direct payment of the accounts receivables to it. A copy of RMJ Capital's letter is attached hereto and incorporated herein as Exhibit C.

12. Inclusive Solutions admits that Northwest Capital owns and has a senior security interest in the accounts receivable, and that the funds should be paid to Northwest Capital.

13. Inclusive Solutions disputes the competing claim of RMJ Capital, and denies that the accounts receivable should be paid to RMJ Capital.

14. Inclusive Solutions has advised the parties that service may have to be curtailed if HCDDS does not direct funds to Northwest Capital.

15. HCDDS has advised the parties that it is holding the accounts receivable until the competing claims of Northwest Capital and RMJ Capital are resolved.

16. A declaration by this court of the parties' rights to the accounts receivable will terminate this controversy before Northwest Capital and Inclusive Solutions suffer irreparable damage.

WHEREFORE, Northwest Capital prays that each defendant be required to interplead and set up any claims it may have to the accounts receivable, that this court enter a declaratory judgment declaring that Northwest Capital as the owner and senior security party is entitled to payment of the accounts receivable, declaring that RMJ Capital is not entitled to payment thereof, ordering HCDDS to pay the accounts receivable to Northwest Capital, ordering HCDDS

3

to deposit current and future accounts receivable into court pending the outcome of this action, awarding Northwest Capital its attorneys' fees and costs, and awarding such other relief as the court deems appropriate.

Respectfully submitted,

Christopher F. Jones (0037880)
626 Madison Avenue
Suite 600
Toledo, Ohio  43604
Telephone:  419-241-6450
Facsimile:  419-241-1540
cjones@cjones-law.com

Joseph L. Dilts (0013003)
KOHNEN & PATTON LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202
Tel: 513-381-0656/fax: 513-381-5823
jdilts@kplaw.com
Attorneys for Plaintiff Northwest Capital
Business Credit, LLC

## REQUEST FOR CERTIFIED MAIL SERVICE

I hereby request that a copy of the foregoing Complaint be served by Certified Mail upon the Defendants at the addresses set forth in the caption.

Joseph L. Dilts

373891.1:NO021.LI001

4