**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION** AT **CINCINNATI**

| | |
|---|---|
| NORTHWEST CAPITAL BUSINESS CREDIT, LLC ) )  Plaintiff, ) ) -v- ) ) PF HOLDINGS, INC., d/b/a RMJ CAPITAL, INC., *et al.* ) )  Defendants. ) ) ) ) | Case No. 1:10-CV-470  (Judge Herman J. Weber) (Magistrate Judge Stephanie K. Bowman)  <u>ORDER</u> |

A telephone settlement conference with counsel for all parties was conducted by Magistrate Judge Stephanie K. Bowman on the 18th day of April, 2011, and the parties have jointly represented on the record that they agree the Joint Motion of Northwest Capital Business Credit, LLC, Northwest Capital Investors, LLC, and PF Holdings, Inc. d/b/a RMJ Capital, Inc. to Reinstate Case to Active Docket (Doc. #38) is well-taken and should be granted. By its Order (Doc. #39), the Court has reinstated the case to the active docket.

Pursuant to the agreement of the parties **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge on subject matter jurisdiction (Doc. #31) be and is hereby adopted; that the $721,293.38 being held by Hamilton County Developmental Disability Services ("HCDDS") relating to services provided in 2010 (the "HCDDS Funds") be paid within ten (10) days of this Order into the registry of this Court, that upon payment of the HCDDS Funds into the registry of this Court, HCDDS shall be dismissed from this action with prejudice with respect to all claims related to the HCDDS Funds. Distribution of the interpleaded HCDDS Funds to Northwest Capital Business Credit, LLC, ("NWCB") and PF Holdings, Inc. d/b/a RMJ Capital, Inc. ("RMJ") will be pursuant to an agreed order between NWCB and RMJ to be filed separately.

**IT IS ORDERED.**

_____
United States District Judge Weber